TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00797-CV

John B. Hard, Appellant

v.

Helen J. Hard, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 98-01925, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 On January 22, 2001, the district court notified this Court that appellant, John B.
Hard, had not paid or made arrangements to pay for the clerk's record. See Tex. R. App. P.
35.3(a)(2), 37.3(b), & 42.2. On January 30, 2001, this Court's clerk informed John B. Hard that
he must pay, make arrangements to pay, or otherwise explain his failure to this Court by February
9, 2001. He has filed no response. On March 6, 2001, the district clerk told this Court's clerk
that Hard decided not to pursue this appeal. We dismiss this appeal for want of prosecution.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: March 8, 2001

Do Not Publish